IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40026
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHN FREDERICK PETERMAN,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C:94-CV-228 (C:91-CR-233)
- - - - - - - - - -
December 20, 1995

Before KING, SMITH and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

This is an appeal from the district court's order denying appellant's motion under 28 U.S.C. § 2255. He argues that the district court erred in dismissing his claims on the basis of procedural default. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for essentially the reasons given by the district court.

AFFIRMED.

---

[*]    Local Rule 47.5 provides:  "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession."  Pursuant to that Rule, the court has determined that this opinion should not be published.